# THE BALTIMORE SUN

BALTIMORE, MARYLAND 21278-0001

August 12 20 04

WE HEREBY CERTIFY, that the annexed advertisement of

AD NO.: 3069
US CUSTOMS SERV CE
40 S GAY ST
JUDY WILSON
BALTIMORE MD 21202

was published in "THE BALTIMORE SUN" a daily newspaper printed and published in the City of Baltimore 8/11/04

The Baltimore Sun Company,

By [signature]

7331

CUSTOMS & BORDER PROTECTION RECEIVED
AUG 17 2004
FP&F OFFICE BALTIMORE, MD.

— EXHIBIT A —

# CLASSIFIED

410-[illegible] 700 or 1-800-[illegible]

NOTICE OF SEIZURE [illegible] 40 [illegible] 2,000 [illegible] May [illegible] 2004 [illegible] violation of [illegible] U.S.C. [illegible] and 19 U.S.C. [illegible] Any person [illegible] an interest in the [illegible] claim [illegible] is required [illegible] claim and cost [illegible] or cash deposit [illegible] of a bond for 10% of [illegible] appraised domestic value of the seized [illegible], but not less than [illegible] or more than [illegible] 000 with the FP&F Officer, U. S. Customs and Border Protection, 40 South Gay Street, Baltimore, Maryland 21202 [illegible] and bond or cash [illegible] must be received [illegible] to August 19, 2004 [illegible] of which the [illegible] will be con[illegible] forfeited and disposed of in accordance with the law.

NOTICE OF SEIZURE

NOTICE IS HEREBY GIVEN that by virtue of [illegible] Warrant [illegible] Arrest [illegible]

NOTICE OF APPLICATION FOR FRANCHISE

PUBLIC NOTICE IS GIVEN [illegible] this [illegible] that [illegible] weeks, that application has been made by WilTel Communications, LLC for a Franchise Agreement from Baltimore County Government to install certain communication facilities beneath the following public ways in Baltimore County.

Pursuant to County Code Sections [illegible] and 31-[illegible], objection to the granting of this franchise may be made [illegible] on or before [illegible] fourteen days from the date of the final required publication [illegible] Edward C. Adams, Jr., Director of Public Works, 111 W. Chesapeake Ave., Towson, Maryland 21204 [illegible] objections [illegible] to the granting of this franchise [illegible] will be granted [illegible] time set for the hearing of such objections.

The following is the route description for the franchise:

The route will begin at the WilTel Communications, LLC telecommunications right-of-way located within the Transcontinental Gas Pipeline Company [illegible] on Monkton Road [illegible] system, [illegible] East along the North side of Monkton Road to Old York Road, then [illegible] Monkton Road [illegible] south [illegible] side [illegible] York Road [illegible] Manor Road [illegible] side of Manor Road [illegible] the East side of Jarrettsville Pike [illegible] run South along [illegible] side of Jarrettsville Pike to the [illegible] on the East side of Jarrettsville Pike [illegible] Road [illegible] West side of Jarrettsville Pike to the South side of Paper Mill Road, then run West along Paper Mill Road for approximately 700 feet where we will cross Paper Mill Road and run West along the North side of Paper Mill Road to the East side of Old York Road, then run North along the East of Old York Road to the North side of Stockton Road where it will cross Old York Road and then run along the West side of Old York Road to the South side of Corbett Road, then run West along the South side of Corbett Road to approximately 1200 feet East of My Ladys Manor [illegible] where it will cross Corbett Road and [illegible] Corbett Road [illegible] mately 700 feet [illegible]

US CUSTOM SERVICE
40 South Gay Street
Room 202
Baltimore MD 21202-1202

1087415

# The Record

STATE OF NEW JERSEY
COUNTY OF PASSAIC SS:

Sozia Obukhasna [signature]

Of full age, being duly sworn according to law, on his/her oath says that he/she is employed at North Jersey Media Group Inc. publisher of The Record. Annexed hereto is a true copy of the notice that was published on the following date(s):

Aug. 11, 2004

in The Record, a newspaper of general circulation and published in Hackensack, in the county of Bergen and circulated in Bergen, Passaic, Hudson, Morris and Essex Counties. Said newspaper is published seven days a week.

Subscribed and sworn before me this 12 day of Aug 2004 at West Paterson, NJ

[signature]
A Notary Public of New Jersey

DOROTHY ZOLNOWSKI
Notary Public
State of New Jersey
My Commission Expires Sept. 30, 2007

RECEIVED
CUSTOMS & BORDER PROTECTION
AUG 17 2004
FP&F OFFICE
BALTIMORE, MD.